Form 270

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 11−81403

IN THE MATTER OF:
Lamontico Mezzrow Melvin     xxx−xx−2621
aka Lamantico M Melvin
Aisha Ghennet Bell Melvin     xxx−xx−3751
aka Aisha Ghennet Bell
aka Aisha Ghennet Melvin
780 South Buckeye Drive
Raeford, NC 28376

   Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 8/30/11 , and Pursuant to Bankruptcy Rule 1007, the following document(s) named below must be filed within **fourteen (14) days** from the date the petition was filed.

**Missing Documents(s):**
_____
Notice of Crd & Pro Pln due 09/13/2011

**Date: 8/31/11**                                                                 **OFFICE OF THE CLERK/ gpl**